FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRISHA P., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 2:23-CV-0071-TOR <br><br><br> ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for Supplemental Security Income benefits under Title XVI of the Social Security Act be REVERSED AND REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) will re-evaluate whether drug addiction and/or alcoholism (DAA) is material to the disability determination and explain the rationale for such findings consistent

ORDER OF REMAND ~ PAGE 1

with 20 C.F.R. § 416.935 and Social Security Ruling 13-2p; re-evaluate the severity of Plaintiff's mental impairments through the application of the "special technique" set forth in 20 C.F.R. § 416.920a; evaluate whether any of Plaintiff's mental impairments meet or medically equal any of the impairments listed in 20 C.F.R. Part 404, Subpart P, Appendix 1, Section 12.00; re-evaluate Plaintiff's maximum mental residual functional capacity; offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

The District Court Executive is directed to file this order, enter Judgment and close the file, and provide copies to the parties.

DATED May 5, 2023.



THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND ~ PAGE 2